## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFIDENCE EMPIRE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) |
| FACEBOOK, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1338, 1367, 1441(a), and 1446, the defendant Facebook, Inc. ("Facebook") hereby gives notice of its removal of this action from the Superior Court of the State of Connecticut, Judicial District of Ansonia/Milford at Milford ("State Court"), to this Court on the basis of federal question jurisdiction under 28 U.S.C. § 1331, supplemental jurisdiction under 28 U.S.C. § 1367, and claims of trademark infringement under 28 U.S.C. § 1338. In support of this Notice of Removal, Facebook states as follows:

## PROCEDURAL BACKGROUND

1.     On or about October 1, 2020, the plaintiff, Confidence Empire, Inc. ("Plaintiff"), commenced this action by service of process seeking damages, permanent and temporary injunctions, punitive damages and attorney fees.

2.     Plaintiff filed the Complaint under the caption *Confidence Empire, Inc. v. Facebook, Inc.*, in the State Court, Docket No. AAN-CV20-6040028-S.

3.      The Complaint asserts claims for violations of 15 U.S.C. § 1125 (The Lanham Act), for violations of the Connecticut Unfair Trade Practices Act ("CUTPA"), C.G.S. §41-110b, and for state law negligence.[1]

## JURISDICTION AND BASIS FOR REMOVAL

4.      Facebook, the only defendant in this action, is a Delaware corporation with its principal place of business in California.

5.      This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because Plaintiff has raised a federal question, namely a claim under 15 U.S.C. § 1125 (the Lanham Act).

6.      This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 since the state law claims are based on the same operative facts as the federal claim for trademark infringement and form part of the same case or controversy.

## COMPLIANCE WITH REMOVAL STATUTES

7.      Defendant has timely filed this Notice of Removal within the 30-day period 28 U.S.C. § 1446(b) mandates.  Plaintiff served the Complaint on Facebook on October 1, 2020.

8.      As required under 28 U.S.C.  § 1446(a), Defendant attaches true and accurate copies of all process, pleadings, orders, and documents on file in the State Court. (*See Exhibit A*)

9.      Removal is appropriate to this Court because the State Court is located within the Federal District of Connecticut.

---

[1] The complaint asserts a fourth cause of action but fails to delineate what cause of action is being asserted.

10.     The undersigned hereby certifies that he will file a true and correct copy of this Notice of Removal with the Clerk of the State Court and that he will give notice of the same to the Plaintiff.

11.     Facebook reserves the right to amend or supplement this Notice of Removal.  In filing this Notice of Removal, Facebook does not waive any defenses or rights that may be available in this action.

**THE DEFENDANT, FACEBOOK, INC.**

By:   /s/ Gary S. Klein
      Gary S. Klein (ct09827)
      Lindsay T. Reed (ct30895)
      Carmody Torrance Sandak & Hennessey
      707 Summer Street, 3rd Floor
      Stamford, CT 06901
      Tel: (203) 425-4200
      gklein@carmodylaw.com
      lreed@carmodylaw.com
      *Its Attorneys*

## <u>CERTIFICATION</u>

I hereby certify that on October 27, 2020 I filed a copy of the foregoing electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing.  The Court's electronic filing system will send notice of this filing by e-mail to all parties.  Parties may access this filing through the court's CM/ECF System.


/s/ Gary S. Klein
Gary S. Klein

# EXHIBIT A

# SUMMONS - CIVIL

STATE OF CONNECTICUT

## SUPERIOR COURT

JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

www.jud.ct.gov

See other side for instructions

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 14 West River Street, Milford CT 06460 | ( 203 ) 877-4293 | October | 27 | 2 020 |
| | | Month | Day | Year |
| [x] Judicial District   [ ] Housing Session   [ ] G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) **Milford** | Case type code *(See list on page 2)* Major: **M**   Minor: **90** | | |

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Alexander J. Trembicki, Lynch, Trembicki & Boynton, 225 Main St., Ste. 103, Westport, CT 06880 | 034874 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 203 ) 227-6808 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes  [ ] No | Email address for delivery of papers under Section 10-13 *(if agreed to)* ltmbwpt@aol.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|---|
| First Plaintiff | Name: | **CONFIDENCE EMPIRE, INC.** | P-01 |
| | Address: | **127 Tuthill Street, West Haven, CT 06516** | |
| Additional Plaintiff | Name: | | P-02 |
| | Address: | | |
| First Defendant | Name: | **FACEBOOK, INC., 1601 Willow Road, Menlo Park, CA 94025** | D-01 |
| | Address: | **c/o Corporation Service Company, 100 Pearl Street, 17th Floor, MC-CSC1, Hartford, CT 06103** | |
| Additional Defendant | Name: | | D-02 |
| | Address: | | |
| Additional Defendant | Name: | | D-03 |
| | Address: | | |
| Additional Defendant | Name: | | D-04 |
| | Address: | | |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | [x] Commissioner of the Superior Court   [ ] Assistant Clerk | Name of Person Signing at Left Alexander J. Trembicki | Date signed 09/18/2020 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

LYNCH, TREMBICKI AND BOYNTON · ATTORNEYS AT LAW
225 MAIN STREET · SUITE 103 · WESTPORT, CONNECTICUT 06880 · JURIS NUMBER 34874 · (203) 227-6808

| | | |
|---|---|---|
| RETURN DATE:  OCTOBER 27, 2020 | : | SUPERIOR COURT |
| CONFIDENCE EMPIRE, INC. | : | J. D. OF ANSONIA/MILFORD |
| V. | : | AT MILFORD |
| FACEBOOK, INC. | : | SEPTEMBER 18, 2020 |

COMPLAINT

**FIRST COUNT**

1.       The Plaintiff, Confidence Empire, Inc. is a Connecticut corporation with a principal place of business at 127 Tuthill Street, West Haven, Connecticut.

2.       The Defendant, Facebook, Inc. is a foreign corporation with a principal place of business at 1601 Willow Road, Menlo Park, California which is authorized to and is doing business in the State of Connecticut, throughout the United States and internationally. (hereinafter Facebook)

3.       The Defendant, Facebook, operates inter alia an Internet-based advertising and sales platform on which it "hosts" various users including merchants who are able to advertise, promote and sell their goods and services on the Defendant's Internet platform.

4.       The Plaintiff is engaged in the business of selling goods and services over the Internet and relies primarily on the Internet for its business model including using Facebook for advertising its products for sale and for the actual sale of is products as listed for sale on Facebook's website.

LYNCH, TREMBICKI AND BOYNTON · ATTORNEYS AT LAW

225 MAIN STREET · SUITE 103 · WESTPORT, CONNECTICUT 06880 · JURIS NUMBER 34874 · (203) 227-6808

5.      The Defendant, Facebook, hosts a page with the name Confidence Empire which was created without the Defendant's consent.

6.      At various and diverse times the Defendant Facebook while hosting the Plaintiff's page on its website has allowed its page to be corrupted or infiltrated by others such that when potential customers click on the Plaintiff's page they are diverted to disturbing images of false content videos and websites which are unrelated to and harmful to the Plaintiff's business reputation and image such that customers will not engage with the Plaintiff to conduct business .

7.      The Plaintiff has repeatedly asked the Defendant Facebook to stop this practice.  However, the Defendant has neglected and refused to take any steps to stop the practice despite its ability to do so.

8.      As a result of the Defendant's intentional refusal to act, the Plaintiff has suffered damages including lost revenue, profit and a destruction of the enterprise value of its business.

**SECOND COUNT**

1-6.      Paragraphs One through Six of the First Count are hereby incorporated into this the Second Count as if more fully set forth therein.

7      As a result of the Defendant's negligence and carelessness as aforesaid, the Plaintiff has suffered damages including lost revenue, lost profit and a destruction of the enterprise value of its business.

2

**THIRD COUNT  (TRADEMARK INFRINGEMENT)**

1-5.      Paragraphs One through Five of the First Count are hereby incorporated into this the Third Count as if more fully set forth therein.

6.       Plaintiff owns the trademark for Confidence Empire, the trademark logo can be seen here:


7.       Plaintiff filed an application for trademark registration on March 27, 2019, serial number 88359493.  The goods and services for the trademark are:

    IC 003.   Cosmetics

    IC 009.   Eyewear.

    IC 014.   Jewelry; Watches.

    IC 018.    Handbags; Luggage; Wallets.

    IC 025.     Belts; Coats; Dress shirts; Dresses; Foortwear; Gloves; Hats; Hosiery; Jeans; Neckwear; Shorts; Socks; Suits; Sweat pants; Sweaters; Swim wear for gentlemen and ladies; Underwear; Yoga.

8.       Plaintiff discovered several pages on Facebook where the CONFIDENCE EMPIRE mark was being used and infringed on plaintiff's rights.   3 screenshots are attached (facebook infringement1.pdf; facebook infringement 2.pdf; facebook infringement 3.pdf).

LYNCH, TRAEMBURI AND BOYNTON · ATTORNEYS AT LAW

225 MAIN STREET · SUITE 103 · WESTPORT, CONNECTICUT 06880 · JURIS NUMBER 34874 · (203) 227-6808

9.      The Plaintiff through his attorney submitted a take down request to facebook for 3 of the facebook pages because of the trademark infringement (3 attached emails called "intellectual property report…msg").  Facebook responded by stating that they would <u>NOT</u> take any action.  (see three attached emails called "trademark report form…msg").

10.     The Plaintiff's name and use are trademarked by the United States Trademark Office (the Plaintiff's marks).

11.     By its conduct as aforesaid the Defendant is in violation of the Plaintiff's marks and as such is a violation 15 USC §1125  (The Lanham Act) and Conn. Gen. Stat. §35-11a <u>et.</u> <u>seq</u>.

12.     As a result of the Defendant's violation of the Lanham Act and Connecticut Trademark Law as aforesaid the Plaintiff has been damaged.

**<u>FOURTH COUNT</u>**

1-5.    Paragraphs One through Five of the First Count are hereby incorporated into this the Third Count as if more fully set forth therein.

6.      Conn. Gen. Stat. §42-110a <u>et</u>. <u>seq</u>. is the Connecticut Unfair Trade Practices Act (CUTPA).

7.      CUTPA Conn. Gen. Stat.  §42-110b prohibits unfair or deceptive acts or practices in the conduct of any trade or commerce.

4

8. The actions of the Defendant as aforesaid which are continuing and ongoing constitute a violation of CUTPA for which the Plaintiff has suffered damages which are or may be unquantifiable.

**WHEREFORE,** the plaintiff claims:

1. Money damages;

2. Costs;

3. A temporary injunction requiring the Defendant to take immediate steps to correct and fix its website so that the false and faulty information associated with the Plaintiff's name is corrected;

4. A permanent injunction requiring the Defendant to take immediate steps to correct and fix its website so that the false and faulty information associated with the Plaintiff's name is corrected;

5. Punitive damages pursuant to 15 USC 1125;

6. Attorney's fees pursuant to Conn. Gen. Stat. §42-110g(a);

7. Punitive damages pursuant to Conn. Gen. Stat. §42-110g(a);

8. A temporary injunction pursuant to 15 USC §116;

9. A permanent injunction pursuant to 15 USC §116;

10. A temporary injunction pursuant to Conn. Gen. Stat. §42-110g(d) enjoining the Defendant from its continued violation of Conn. Gen. Stat. §42-110b;

LYNCH, TREMBICKI AND BOYNTON - ATTORNEYS AT LAW
225 MAIN STREET - SUITE 103 - WESTPORT, CONNECTICUT 06880 - JURIS NUMBER 34874 - (203) 227-48808

11. A permanent injunction pursuant to Conn. Gen. Stat. §42-110g(d) enjoining the Defendant from its continued violation of Conn. Gen. Stat. §42-110b;

12. Such other and further relief as the court deems equitable and just.

THE PLAINTIFF

BY: _____

ALEXANDER J. TREMBICKI
Lynch, Trembicki & Boynton
225 Main Street, Suite 103
Westport, CT 06880
Phone No.: 203.227.6808

PLEASE ENTER AN APPEARANCE FOR:
ALEXANDER J. TREMBICKI
Lynch, Trembicki & Boynton
225 Main Street, Suite 103, Westport, CT 06880
1.203.227.6808/Juris No. 34874
Juris No.: 034874

6

LYNCH, TREMBICKI AND BOYNTON · ATTORNEYS AT LAW

225 MAIN STREET · SUITE 103 · WESTPORT, CONNECTICUT 06880 · JURIS NUMBER 34874 · (203) 227-6808

RETURN DATE:  OCTOBER 13, 2020      :   **SUPERIOR COURT**

**CONFIDENCE EMPIRE, INC.**      :   **J. D. OF ANSONIA/MILFORD**

**VS.**      :   **AT MILFORD**

**FACEBOOK, INC.**      :   **SEPTEMBER 10, 2020**

<u>**VERIFICATION OF COMPLAINT**</u>

The undersigned being duly sworn deposes and says that the factual allegations of the Complaint in the captioned matter are true to the best of ~~our~~ *lil my* knowledge and belief.

CONFIDENCE EMPIRE, INC.

BY _____
LEONEL LOPS
*Its president*

Subscribed and sworn to me this *10th* day of *September*, 2020.

_____
*Alexander J. Trembicki*
Notary Public/
Commissioner of the Superior Court

Lynch, Trembicki and Boynton · Attorneys at Law
225 Main Street · Suite 103 · Westport, Connecticut 06880 · Juris Number 34874 · (203) 227-6808

RETURN DATE:  OCTOBER 27, 2020      :      **SUPERIOR COURT**

**CONFIDENCE EMPIRE, INC.**      :      **J. D. OF ANSONIA/MILFORD**

**V.**      :      **AT MILFORD**

**FACEBOOK CORPORATION**      :      **SEPTEMBER 18, 2020**

## AMOUNT IN DEMAND

The amount in demand is not less than $15,000.00 exclusive of interest and costs.


THE PLAINTIFF

BY: _____

ALEXANDER J. TREMBICKI
Lynch, Trembicki & Boynton
225 Main Street, Suite 103
Westport, CT  06880
Phone No.:  203.227.6808
Juris No.:  034874

Lynch, Trembicki and Boynton · Attorneys at Law

225 Main Street · Suite 103 · Westport, Connecticut 06880 · Juris Number 34874 · (203) 227-6808

RETURN DATE:  OCTOBER 27, 2020      :   **SUPERIOR COURT**

**CONFIDENCE EMPIRE, INC.**      :   **J. D. OF ANSONIA/MILFORD**

**VS.**      :   **AT MILFORD**

**FACEBOOK, INC.**      :   **SEPTEMBER 18, 2020**

## APPLICATION FOR TEMPORARY INJUNCTION
## AND ORDER TO SHOW CAUSE

    The plaintiff, Confidence Empire, Inc., 127 Tuthill Street, West Haven, Connecticut 06516, hereby makes application for a temporary injunction and for order to show cause, in accordance with its prayer for relief and respectfully requests that the defendant, Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025, be ordered to appear at an early date to show cause why the prayer for an injunction should not be granted.

    The plaintiff has not previously filed an application for an injunction concerning this matter.

THE PLAINTIFF

BY: _____
ALEXANDER J. TREMBICKI
Lynch, Trembicki & Boynton
225 Main Street, Suite 103
Westport, CT  06880
Phone No.:203.229.6808
Juris No.:  34874

| | | |
|---|---|---|
| **RETURN DATE: OCTOBER 27, 2020** | : | **SUPERIOR COURT** |
| **CONFIDENCE EMPIRE, INC.** | : | **J. D. OF ANSONIA/MILFORD** |
| **VS.** | : | **AT MILFORD** |
| **FACEBOOK, INC.** | : | **SEPTEMBER 18, 2020** |

## <u>ORDER TO SHOW CAUSE</u>

Whereas, the foregoing complaint with prayer and motion for a temporary injunction, duly verified, has been presented to the court (or me, a Judge of the Superior Court, the court not now being in session), and

WHEREAS, upon application of the plaintiff, it appears that an order should be issued directing the defendant in this action to appear before the court to show cause why a temporary injunction should not issue.

NOW THEREFORE, it is ordered that the defendant, Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025, be summoned to appear before the Superior Court for the Judicial District of Ansonia/Milford at Milford, Connecticut, in Court Room _____, located at 14 West River Street, Milford, Connecticut on _____ there to show cause why a temporary injunction should not issue against it as prayed for in the complaint and application annexed hereto.

Dated at Milford, Connecticut, on this _____ day of _____, 2020.

THE COURT

By:_____
JUDGE/ASSISTANT CLERK

RETURN DATE:  OCTOBER 27, 2020     :   **SUPERIOR COURT**

**CONFIDENCE EMPIRE, INC.**     :   **J. D. OF ANSONIA/MILFORD**

**VS.**     :   **AT MILFORD**

**FACEBOOK, INC.**     :   **SEPTEMBER 18, 2020**

**TO ANY PROPER OFFICER:**

**BY AUTHORITY OF THE STATE OF CONNECTICUT,** You are hereby commanded, in accordance with the accompanying order, to summon the defendant, Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025 to appear before the Superior Court for the Judicial District of Ansonia/Milford at Milford, on the _____Tuesday_____, 2020, such appearance to be made by the defendants or their attorney by filing a written statement of appearance with the Clerk of the Court on before the second day following the return date, then and there to answer unto the plaintiff, Confidence Empire, Inc., 127 Tuthill Street, West Haven, Connecticut 06516 in a civil action wherein the plaintiff complains and alleges as set forth in the accompanying complaint.

LYNCH, TREMBICKI AND BOYNTON · ATTORNEYS AT LAW

225 MAIN STREET · SUITE 103 · WESTPORT, CONNECTICUT 06880 · JURIS NUMBER 34874 · (203) 227-6808

RETURN DATE:  OCTOBER 27, 2020     :  SUPERIOR COURT

CONFIDENCE EMPIRE, INC.     :  J. D. OF ANSONIA/MILFORD

VS.     :  AT MILFORD

FACEBOOK, INC.     :  SEPTEMBER 18, 2020

## TEMPORARY INJUNCTION

The plaintiff's verified complaint and application for a temporary injunction having come before the Court (or undersigned, a Judge of the Superior Court) pursuant to the plaintiffs' application for a temporary injunction pursuant to its verified complaint or pursuant to an order to show cause why a temporary injunction should not issue as or prayed for and the parties appeared and were fully heard

or

the defendant was duly notified of the order as appears by the officer's return endorsed thereon, but the defendant failed to appear and it appearing to the court (or undersigned authority) that a temporary injunction ought to issue, and

the plaintiff having given a bond to the opposite party with surety satisfactory to the Court (or undersigned ) in the sum of $_____ to answer all damages in case the plaintiffs shall fail to prosecute the action to effect.

or

that, for good cause shown, the Court (or undersigned) is of the opinion that the temporary injunction ought to issue without bond.

LYNCH, TREMBICKI AND BOYNTON · ATTORNEYS AT LAW
225 MAIN STREET · SUITE 103 · WESTPORT, CONNECTICUT 06880 · JURIS NUMBER 34874 · (203) 227-68408

These are therefore, by authority of the State of Connecticut to command and enjoin you, Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025, and each of your servants, agents, employees, designees or contractors under penalty of $_____ to:

1.   A temporary injunction preventing the Defendant from pursuing its eviction action against the Plaintiff's personal residence;

2.   A permanent injunction preventing the Defendant from pursuing its eviction action against the Plaintiff's personal;

3.   A temporary injunction preventing the Defendant from pursuing an eviction action against the Plaintiffs from 679 Linley Street, Bridgeport, Connecticut;

4.   A permanent injunction preventing the Defendant from pursuing an eviction action against the Plaintiffs from 679 Linley Street, Bridgeport, Connecticut;

5.   A temporary injunction preventing the Defendant from orchestrating a sale of the property owned by the Plaintiff for below fair market value in violation of Conn. Gen. Stat. §42-110;

6.   A permanent injunction preventing the Defendant from orchestrating a sale of the property owned by the Plaintiff for below fair market value in violation of Conn. Gen. Stat. §42-110.

Dated at Milford, Connecticut on this this _____ day of _____, 2020.

By:_____
Judge/Assistant Clerk

Lynch, Trembicki and Boynton - Attorneys at Law

225 Main Street - Suite 105 - Westport, Connecticut 06880 - Juris Number 34874 - (203) 227-6808

RETURN DATE:  OCTOBER 27, 2020     :  **SUPERIOR COURT**

**CONFIDENCE EMPIRE, INC.**     :  **J. D. OF ANSONIA/MILFORD**

**VS.**     :  **AT MILFORD**

**FACEBOOK, INC.**     :  **SEPTEMBER 18, 2020**

## ORDER OF SERVICE

TO ANY PROPER OFFICER:

By Authority of the State of Connecticut, you are hereby commanded to give notice of the foregoing order of temporary injunction to the defendant, Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025 by serving upon it, in the manner provided by the statute for the service of process, a true and attested copy of the foregoing writ, complaint, temporary injunction and of this citation on or before _____ and return make to this court.

Dated at Milford, Connecticut, on this _____ day of _____, 2020.

BY:_____
       JUDGE/CLERK

LYNCH, TREMBICKI AND BOYNTON · ATTORNEYS AT LAW

225 MAIN STREET · SUITE 103 · WESTPORT, CONNECTICUT 06880 · JURIS NUMBER 34874 · (203) 227-6808

DOCKET No.: AAN-CV20-6040028-S

RETURN DATE: OCTOBER 27, 2020 : SUPERIOR COURT

CONFIDENCE EMPIRE, INC. : J. D. OF ANSONIA/MILFORD

VS. : AT MILFORD

FACEBOOK, INC. : SEPTEMBER 18, 2020

## ORDER TO SHOW CAUSE

Whereas, the foregoing complaint with prayer and motion for a temporary injunction, duly verified, has been presented to the court (or me, a Judge of the Superior Court, the court not now being in session), and

WHEREAS, upon application of the plaintiff, it appears that an order should be issued directing the defendant in this action to appear before the court to show cause why a temporary injunction should not issue.

NOW THEREFORE, it is ordered that the defendant, Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025, be summoned to appear*before the Superior Court for the Judicial District of Ansonia/Milford at Milford, Connecticut, xxxxxxxxxxxxxx xxxxxxxxxxxxxx located at 14 West River Street, Milford, Connecticut on OCTOBER 7, 2020 AT 10:30 A.M. there to show cause why a temporary injunction should not issue against it as prayed for in the complaint and application annexed hereto.

Dated at Milford, Connecticut, on this _22ND_ day of _SEPTEMBER_, 2020.

THE COURT    (TYMA, J.)

By: _Sheri L. Benn_

~~JUDGE~~/ASSISTANT CLERK

*DO NOT COME TO COURT ON THIS DATE. PLEASE SEE ATTACHED NOTICE.

* DO NOT COME TO COURT ON THIS DATE. The conference will be conducted remotely. There are 2 ways to participate in a remote hearing: 1. Participate by video on your PC or mobile device via the Microsoft Teams application; or 2. If you do not have access to a PC or mobile device, you can also participate remotely by telephone if you receive permission from the court in advance for good cause shown.  At least two court days before the hearing all counsel and parties shall confer and send one email to MilfordCV.Caseflow@jud.ct.gov, providing the court with the email addresses and phone numbers of all counsel and parties. Instructions for connecting to the conference will then be emailed to all counsel and parties before 5:00 p.m. the day before the conference. For help visit https://jud.ct.gov/RemoteJustice/Home.aspx.

DOCKET No.: AAN-CV20-6040028-S

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 27, 2020 | : | SUPERIOR COURT |
| CONFIDENCE EMPIRE, INC. | : | J. D. OF ANSONIA/MILFORD |
| VS. | : | AT MILFORD |
| FACEBOOK, INC. | : | SEPTEMBER 18, 2020 |

## ORDER TO SHOW CAUSE

Whereas, the foregoing complaint with prayer and motion for a temporary injunction, duly verified, has been presented to the court (or me, a Judge of the Superior Court, the court not now being in session), and

WHEREAS, upon application of the plaintiff, it appears that an order should be issued directing the defendant in this action to appear before the court to show cause why a temporary injunction should not issue.

NOW THEREFORE, it is ordered that the defendant, Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025, be summoned to appear* before the Superior Court for the Judicial District of Ansonia/Milford at Milford, Connecticut, located at 14 West River Street, Milford, Connecticut on At 10:30 A.M. November 9, 2020 there to show cause why a temporary injunction should not issue against it as prayed for in the complaint and application annexed hereto.

Dated at Milford, Connecticut, on this __22ND__ day of __SEPTEMBER__, 2020.

THE COURT     (TYMA, J.)

By: _Sheri L. Berry_
~~JUDGE~~/ASSISTANT CLERK

*DO NOT COME TO COURT ON THIS DATE. PLEASE SEE ATTACHED NOTICE.

* DO NOT COME TO COURT ON THIS DATE. The conference will be conducted remotely. There are 2 ways to participate in a remote hearing: 1. Participate by video on your PC or mobile device via the Microsoft Teams application; or 2. If you do not have access to a PC or mobile device, you can also participate remotely by telephone if you receive permission from the court in advance for good cause shown.  At least two court days before the hearing all counsel and parties shall confer and send one email to MilfordCV.Caseflow@jud.ct.gov, providing the court with the email addresses and phone numbers of all counsel and parties. Instructions for connecting to the conference will then be emailed to all counsel and parties before 5:00 p.m. the day before the conference. For help visit https://jud.ct.gov/RemoteJustice/Home.aspx.